# Exhibit A

| STATEMENT OF SMALL CLAIM AND NOTICE OF TRIAL | For Court Use Only | DOCKET NO. S.C. 634/2010 | Trial Court of Massachusetts Small Claims Session |
|---|---|---|---|

| PART 1 | ☐ BOSTON MUNICIPAL COURT | ☑ DISTRICT COURT Cambridge Division | ☐ HOUSING COURT _____ Division |
|---|---|---|---|

**PART 2** — PLAINTIFF'S NAME, ADDRESS, ZIP CODE AND PHONE
Bradley Oppenheimer
1545 Harvard Yard Mail Center
Cambridge, MA 02138
PHONE NO: (410) 802-8880

PLAINTIFF'S ATTORNEY (if any)
Name: _____
Address: _____
PHONE NO: _____   BBO NO: _____

**PART 3** — DEFENDANT'S NAME, ADDRESS, ZIP CODE AND PHONE
United States Postal Service
Attn: Katherine E Lupton, Postmaster of Cambridge
125 Mt Auburn Street, Ste 1
Cambridge, MA 02138-9998
PHONE NO: (617) 876-3883

ADDITIONAL DEFENDANT (if any)
Name: _____
Address: 9582A000006/16/10SMAL CLAIM  20.00
         9582A000006/16/1010 SURC      10.00
PHONE NO: _____

**PART 4** — PLAINTIFF'S CLAIM. The defendant owes $ 410.78 plus $ 30.00 court costs for the following reasons: Give the date of the event that is the basis of your claim.

On December 21, 2009, I mailed a package through the Mt. Auburn St. branch of USPS and purchased $900 of insurance. USPS failed to deliver the package, but only paid $505.43 out of the $900 insurance claim. USPS owes an additional $394.57 for the unpaid amount of the insurance, $12.36 for the unfulfilled postage, $3.65 for mailings of the supporting materials for the insurance claim, and $30.00 in court costs, for a grand total of $440.78.

SIGNATURE OF PLAINTIFF  X _____  DATE 6/16/10

**PART 5** — MEDIATION: Mediation of this claim may be available prior to trial if both parties agree to discuss the matter with a mediator, who will assist the parties in trying to resolve the dispute on mutually agreed to terms. The plaintiff must notify the court if he or she desires mediation; the defendant may consent to mediation on the trial date.
☐ The plaintiff is willing to attempt to settle this claim through court mediation.

**PART 6** — MILITARY AFFIDAVIT: The plaintiff states under the pains and penalties of perjury that the:
☑ above defendant(s) is (are) not serving in the military and at present live(s) or work(s) at the above address.
☐ above defendant(s) is (are) serving in the military

X _____ SIGNATURE OF PLAINTIFF   6/16/10 DATE

**NOTICE OF TRIAL**
NOTICE TO DEFENDANT:
You are being sued in Small Claims Court by the above named plaintiff. You are directed to appear for trial of this claim on the date and time noted to the right.

If you wish to settle this claim before the trial date, you should contact the plaintiff or the plaintiff's attorney.

SEE ADDITIONAL INSTRUCTIONS ON THE BACK OF THIS FORM

NAME AND ADDRESS OF COURT
CAMBRIDGE DISTRICT COURT
4040 MYSTIC VALLEY PARKWAY
MEDFORD, MA 02155
(781) 306-2730

DATE AND TIME OF TRIAL
AUGUST 5, 2010 AT 8:45 A.M.
ROOM NO. BW

BOTH THE PLAINTIFF AND THE DEFENDANT MUST APPEAR AT THIS COURT ON THE DATE AND TIME SPECIFIED — COURT USE ONLY

FIRST JUSTICE: Roanne Sragow
CLERK-MAGISTRATE OR DESIGNEE: Robert Moscow

INSTRUCTIONS FOR FILING A SMALL CLAIM — You must complete Parts 1-6 of this form. See instructions on reverse

Claim Correspondence

**UNITED STATES POSTAL SERVICE**®

**Customer Inquiry and Claims Response System**

Preferences | FAQs | Logout | About

FIELD SITE    RESTRICTED INFORMATION

- **Search for Inquiry**
  - Article Search
  - Case Number Search
  - Customer Search
  - Check Number Search

▶ **Search for Claim**

## Correspondence Details

Article #: VI521557566US

*Description:* Deficient - Proof of value required
*Sent by:* PSACBC
*Date sent:* 03/01/2010
*Recipient:* BRADLEY OPPENHEIMER
474 CURRIER MAIL CTR
64 LINNAEAN STREET
CAMBRIDGE, MA 02138-7542

*Letter:* This letter is in response to the insurance claim referenced above. Please submit the information noted below, along with a copy of this letter to this address within 30 days:

USPS DOMESTIC CLAIMS
PO BOX 80143
ST. LOUIS, MO 63180-0143

Evidence of insurance - Provide one of the following:

_ The original postmarked receipt for Insured Mail, Registered Mail, or COD

_ The original sales receipt from the USPS showing the article number and insurance amount.(The Express Mail label may also be used as evidence of insurance.)

Also

Evidence of value - Provide a dated sales receipt, invoice, or proof of completed Internet payment transaction.

If we do not receive this information within 30 days, your claim will be denied.

For more information about claims, visit your local Post Office or our Web site at http://www.usps.com/insuranceclaims/.

The United States Postal Service values your business. We apologize for any

Claim Search Result Details

**UNITED STATES POSTAL SERVICE**

Customer Inquiry and Claims Response System

Preferences | FAQs | Logout | About

**Search for Claim**

FIELD SITE

- Article Search
- Case Number Search
- Customer Search
- Check Number Search

RESTRICTED INFORMATION

**Claim Details**

Article #: VI521557566US

**Mailer Information**
BRADLEY OPPENHEIMER
BOPPENHEIMER@GMAIL.COM
474 CURRIER MAIL CTR
64 LINNAEAN STREET
CAMBRIDGE, MA 02138-7542

**Addressee Information**
JOEL OPPENHEIMER
3 CHARING CT
OWINGS MILLS, MD 21117-1296

**Section A Information**
Claim Originator: Mailer
Payment Assignment: Mailer
Amount Claimed: $1,041.34
Signed Date: 01/23/2010
Merchandise:
1. LAPTOP COMPUTER, WITH INSTALLED MS OFFICE 2007 SOFTWARE LICENSE (LEFT RECEIPT - 08/08/09). INCL. TAX. TOTAL = $987.88
2. GRAY HARVARD UNIVERSITY BAND SWEATSHIRT
3. BLADE RUNNER COLLECTOR'S EDITION DVD
4. NEUROMANCER (PAPERBACK NOVEL)

**Section B Information**
Service Type: Numbered Insured
Claim Reason: Article not delivered
Mail Date: 12/21/2009
Fee: $10.70
Postage: $12.36
Claim Date: 01/23/2010
Entry Method: Internet Application

**Status Information**
CICRS: First Appeal
Delivery: ACCEPT OR PICKUP
Online: None

**Supplemental Information**
Correspondence Deficient - Proof of value required
Check Number: 0030926556

I would like to --   Take desired action   Go

https://cicrs.usps.gov/CLAIMS/ClaimSearchResultDetails.do

6/22/2010

Claim Status

Page 1 of 2

**UNITED STATES POSTAL SERVICE**

RESTRICTED INFORMATION

# Customer Inquiry and Claims Response System

Preferences | FAQs | Logout | About

**FIELD SITE**

**Search for Inquiry**

- Article Search
- Case Number Search
- Customer Search
- Check Number Search

**Search for Claim**

## Claim Status History

Article #: VI52155756US

| Status | Amount | Notes | Date | User |
|---|---|---|---|---|
| First Appeal | - | The claim was originally only paid for $505.43 out of a total of $900 of insured value. The value of the items mailed was above $900, as shown by the receipts I submitted. Additionally, my insurance claim was not filed to cover the resale value of the items, but rather to allow me to replace them. The items shipped were all items that I tried to ship home for personal use; moreover, the computer, book, and DVD were all necessary for a senior thesis I was writing at the time. I did not want to sell these items, but to use them. As a result, I had to buy new copies of each, including a new computer. While the original computer may have depreciated in value, new computers are still quite expensive, and I had to spend over $900 to replace just the computer. I would appreciate a reimbursement for an extra $406.93. This includes the remaining $394.67 from the $900 insurance, plus $12.36 for the unfulfilled postage cost. USPS has failed to live up to expectations on several fronts: when I first called to ask about my package, the customer service representatives refused even to look for it until 30 days after the mailing date, even though it had clearly been lost. After I filed the claim, it took much more than 30 days to process. I received a letter 6 weeks after submitting the claim asking me to resubmit proof of value, and then had to wait another 3 weeks for the claim to be paid. This meant I had to wait more than two months to receive an incomplete payment for a computer that I had to replace immediately. I would appreciate it if USPS would make up for its earlier failings in this matter by processing this claim for the full remainder ($406.93) as soon as possible. If there are any problems with this request, please email me at boppenheimer@gmail.com. I would greatly prefer to work out any remaining issues in this way rather than having to wait to receive another letter. Thank you for your time and effort in resolving this issue quickly. Sincerely, Bradley | 04/12/2010 | Bradley Oppenheimer |
| Paid - Payment Certified | $505.43 | | 03/31/2010 | PSACBM |
| Pending Paid - Payment Certification | $505.43 | | 03/31/2010 | CICRS |
| Pending Paid - Check Request | $505.43 | | 03/30/2010 | CICRS |

https://cicrs.usps.gov/CLAIMS/ClaimStatus.do

6/22/2010

Claim Correspondence

![USPS Logo] **UNITED STATES POSTAL SERVICE**®

# Customer Inquiry and Claims Response System

Preferences | FAQs | Logout | About

**FIELD SITE**

RESTRICTED INFORMATION

- Search for Inquiry

## Correspondence History

Article #: VI521557566US

▼ Search for Claim

- Article Search
- Case Number Search
- Customer Search
- Check Number Search

Displaying 1 of 1 Search Results

| Title | Sent Date | Recipient | CICRS User | Date Recd | User Action |
|---|---|---|---|---|---|
| Deficient - Proof of value required | 03/01/2010 | Mailer | PSACBC | | Save |

Page: 1

‹ Back

Delivery Event History

Page 1 of 1

**UNITED STATES POSTAL SERVICE®**

Preferences | FAQs | Login | About

FIELD SITE

RESTRICTED INFORMATION

- Search for Inquiry

## Customer Inquiry and Claims Response System

### Delivery Event History

Article #: VI521557566US

- Search for Claim
  - Article Search
  - Case Number Search
  - Customer Search
  - Check Number Search

Days Left To Check Delivery Status: 20
Last PTS Request: 01/26/2010

| Event Code | Description | PTS Date | Event Zip | CCRS Date |
|---|---|---|---|---|
| 03 | ACCEPT OR PICKUP | 12/21/2009 | 02138 | 01/27/2010 |

< Back

https://cicrs.usps.gov/CLAIMS/ShowDeliveryHistory.do

6/22/2010